## NATHAN T. HAILE, RESPONDENT, *v.* LEVI FULLER, APPELLANT.

*Slander — words must be spoken in presence of third person.*

"There was evidence from which the jury might infer that the slanderous words charged, were heard only by the plaintiff; if so, there was no slander. The court below, therefore, erred in charging the jury, that the mere speaking of the words rendered the defendant liable, and on this ground there must be a new trial granted."

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, in an action for slander.

*F. D. Wright*, for the appellant.

*Wing T. Parker*, for the respondent.

Opinion by GILBERT, J.

Judgment reversed, and new trial ordered, costs to abide the event.